DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANDROMAQUE ETIENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-MJ-0008-CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE AND |
| v. ) | EXCLUDE TIME |
| ) | |
| ANDROMAQUE ETIENNE, ) | |
| ) | Date:  April 9, 2012 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ANDROMAQUE ETIENNE, and Certified Student Attorney, David J. Gallegos, that the Court vacate the court trial for March 16, 2012 at 9:00 a.m. and set the court trial for April 9, 2012 at 9:00 a.m.
    This continuance is requested because the parties are in the

1 process of investigation and need more time to prepare.  The parties
2 further agree that the time should be excluded from the date of this
3 [Proposed] Order until the court trial which is set for April 9, 2012,
4 pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4
5 (reasonable time to prepare).  The interests of justice served by
6 granting this continuance outweigh the best interests of the public and
7 the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).

Dated:  March 12, 2012                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      ANDROMAQUE ETIENNE

                                      /s/ David J. Gallegos
                                      DAVID J. GALLEGOS
                                      Certified Student Attorney

Dated:  March 12, 2012                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ David Petersen
                                      DAVID PETERSEN
                                      Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 3/12/12                         /s/Carolyn K. Delaney
                                      CAROLYN K. DELANEY
                                      United States Magistrate Judge

-2-