```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  ANDROMAQUE ETIENNE

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    )  No. 2:12-MJ-00008-CKD
15                               )
              Plaintiff,         )
16                               )  STIPULATION TO CHANGE OF PLEA
         v.                      )
17                               )
    ANDROMAQUE ETIENNE,          )  Date:  April 26, 2012
18                               )  Time:  9:00 a.m.
              Defendant.         )  Judge: Hon. Carolyn K. Delaney
19                               )
    _____)
20
```

21     IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, David Petersen, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for ANDROMAQUE ETIENNE, and Certified Student Attorney, David

25 J. Gallegos, that the Court vacate the court trial on April 9, 2012 at

26 9:00 a.m., and set a change of plea hearing for April 26, 2012 at 9:00

27 a.m.

28

```
 1  Dated:  April 5, 2012
                                        DANIEL J. BRODERICK
 2                                      Federal Defender

 3                                      /s/ Linda Harter
                                        LINDA HARTER
 4                                      Chief Assistant Federal Defender
                                        Attorney for Defendant
 5                                      ANDROMAQUE ETIENNE

 6                                      /s/ David J. Gallegos
                                        DAVID J. GALLEGOS
 7                                      Certified Student Attorney

 8  Dated:  April 5, 2012               BENJAMIN B. WAGNER
                                        United States Attorney
 9
                                        /s/ David Petersen
10                                      DAVID PETERSEN
                                        Special Assistant U.S. Attorney
11
```

**ORDER**

IT IS SO ORDERED.

Dated: April 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip to Change Plea                        -2-