DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDROMAQUE ETIENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-MJ-0008-CKD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE CONTROL DATE |
| ANDROMAQUE ETIENNE, ) | |
| ) | Date: January 10, 2013 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Barbara Borkowski, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ANDROMAQUE ETIENNE, that the Court vacate the control date set for October 25, 2012 at 9:30 a.m. and reset the control date for January 10, 2013 at 9:30 a.m.

    This continuance is requested to allow the defendant additional time to complete her community service hours and to complete the necessary steps to get her license.

/ / /

```
Dated:  October 19, 2012            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    ANDROMAQUE ETIENNE


Dated:  October 19, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Barbara Borkowski
                                    BARBARA BORKOWSKI
                                    Special Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

```
Dated: 10/23/2012                   /s/Carolyn K. Delaney
                                    CAROLYN K. DELANEY
                                    United States Magistrate Judge
```