1  BENJAMIN B. WAGNER
   United States Attorney
2  BARBARA G. BORKOWSKI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )   Court No. 2:12-MJ-0008-CKD
                                 )
11         Plaintiff,            )   ORDER CONTINUING COURT
                                 )   TRIAL
12                               )
       v.                        )
13                               )
   ADROMAQUE ETIENNE,            )   DATE: January 24, 2013
14                               )   TIME: 9:30 a.m.
           Defendant.            )   JUDGE: Carolyn K. Delaney
15 _____ )

16
       It is hereby ordered that the control date on January 10,
17
   2013 at 9:30 a.m. is continued to January 24, 2013 at 9:30 a.m.
18

19

20
       IT IS SO ORDERED.
21
   Dated: January 9, 2013
22
                                   /s/ Carolyn K. Delaney
23                                 HON. CAROLYN K. DELANEY
                                   United States Magistrate Judge
24

25

26

27

28