```
BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-MJ-0008-CKD |
|---|---|---|
| Plaintiff, | ) | ORDER EXTENDING |
|  | ) | DEFENDANT'S TERM OF COURT |
| v. | ) | PROBATION |
|  | ) |  |
| ANDROMAQUE ETIENNE, | ) | DATE:  January 24, 2012 |
|  | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |

It is hereby ordered that Defendant's term of court probation, scheduled to terminate on April 25, 2013, be extended for a period of six months until November 25, 2013.  It is further ordered that the control date set for January 24, 2013 be vacated and reset to July 11, 2013 at 9:30 a.m.

IT IS SO ORDERED.


Dated: January 23, 2013

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge