1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   ANDROMAQUE ETIENNE
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  Mag. No. 12-0008-CKD
                                )
12              Plaintiff,      )
                                )  STIPULATION AND ORDER
13      v.                      )  VACATING CONTROL DATE AND
                                )  DROPPING MATTER FROM CALENDAR
14 ANDROMAQUE ETIENNE,          )
                                )
15              Defendant.      )
                                )  Judge: Carolyn K. Delaney
16 _____)
17
18      IT IS HEREBY STIPULATED between the parties through their
19 respective counsel, BARBARA BORKOWSKI, Special Assistant United States
20 Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender,
21 attorney for ANDROMAQUE ETIENNE, that the Court vacate the Control Date
22 set for August 22, 2013 and drop the matter from calendar without
23 setting future dates.  Ms. Etienne was sentenced to pay a $10 special
24 assessment, complete community service, and obtain a valid license.
25 She has completed the community service and paid the special assessment
26 but has been unable to obtain a valid license in Michigan, where she
27 now lives.  She owes fines in Arizona, the state where her license was
28 originally suspended, and has been unable to pay those fines and get a

1  new license in Michigan.  Because Ms. Etienne's failure to comply with
2  the order is not willful, and this California federal court has no
3  further financial interest in her, the parties respectfully request
4  that the Court drop the matter from calendar and vacate Ms. Etienne's
5  control date without setting any further dates in this matter.

Dated: August 21, 2013

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      ANDROMAQUE ETIENNE

Dated: August 21, 2013                BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Linda C. Harter for
                                      BARBARA BORKOWSKI
                                      Special Assistant
                                      United States Attorney

**ORDER**

IT IS SO ORDERED.


Dated: August 22, 2013

                                      _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-